## Granger's Appeal. Bellefield Avenue.

Argued April 14, 1896.   Appeal No. 20, April term, 1896.

OPINION BY SMITH, J., July 16, 1896 :

This case was argued with White's Appeal, No. 21, April Term, 1896, just decided. For the reasons given in the opinion of this court in that case, the assignments of error here are overruled and this appeal is dismissed.

Decree affirmed and appeal dismissed at the costs of the appellant.